In the Estate of Wilhelmina **MUELLER**, Deceased, Glenna Mae Rowlette, et al., Appellants,

v.

Carl G. **MUELLER**, et al., Respondents.

No. WD 50132.

Missouri Court of Appeals, Western District.

Jan. 2, 1996.

William M. Chapman, Sedalia, for Appellants.

John A. Parks, Hermitage, for Respondents.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM.

From a judgment denying the heirs' petition to discover jointly held certificates of deposit, they appeal on the basis of the evidence being against the greater weight of the evidence, and a failure of the court to issue

---

4. Our resolution of Point I makes it unnecessary that we address Appellants' second and third points relied on.

findings under Rule 73.01(a)(3), Judgment affirmed. Rule 84.16(b).